R. Scott Andrews, SBN 219936
KIMBALL, TIREY & ST. JOHN, LLP
2040 Main Street, Suite 500
Irvine, CA 92614
(949) 476-5585
(949) 476-5580 (fax)

Attorneys for Plaintiff:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| CC CIMARRON, LP<br><br>Plaintiff,<br><br>Vs.<br><br>THOMAS VAZQUEZ; LUIS VAZQUEZ; and DOES 1 to 10, Inclusive<br>Defendant(s) | Case No.: EDCV 17-01498 GW (JCx)<br><br>**ORDER GRANTING EXPARTE APPLICATION FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION TO REMAND** |

The ex-parte application of Plaintiff, CC CIMARRON, LP for an order to shorten time on Plaintiff's motion to remand the above-entitled action to the Riverside County Superior Court, Palm Springs courthouse, was considered and it is hereby ordered:

IT IS ORDERED that the ex-parte application be, and it hereby is, granted and Plaintiff's motion to remand the matter to state court is shortened and now will be heard August 17, 2017 at 8:30 a.m. in Courtroom 9D.

Dated: August 11, 2017

_____
UNITED STATES DISTRICT JUDGE